# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF ANDREW WASIELEWSKI, BAR NO. 6161

No. 85435

IN THE MATTER OF DISCIPLINE OF ANDREW WASIELEWSKI, BAR NO. 6161

No. 85436 ✓

**FILED**

OCT 31 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO SOUTHERN NEVADA DISCIPLINARY BOARD

Bar counsel has filed two petitions under SCR 111(4) to inform this court that Nevada-licensed attorney Andrew Wasielewski has been convicted of misdemeanor offenses for theft and disorderly conduct.[1] Wasielewski reported the convictions to the State Bar as required by SCR 111(2). Docket No. 85435 concerns Wasielewski's conviction for misdemeanor theft after he made unauthorized charges on a client's credit card over an eight-month period without having provided any legal services and despite having been removed as counsel by the court.[2] Docket No. 85436 concerns his conviction for misdemeanor disorderly conduct after he

---

[1]Although both convictions were based on nolo contendere pleas, they constitute "convictions" for purposes of SCR 111. *See* SCR 111(1).

[2]The offense was originally charged as a felony, but per negotiations, Wasielewski agreed to plead no contest to theft, less than $650. He was convicted and ordered to pay $20,000 in restitution, which he has since paid.

 

22- 34127

transferred roughly $17,000 from an elderly client's trust account into his own bank account.[3]

The crimes for which Wasielewski has been convicted are serious under SCR 111(6) because they involve theft, misappropriation, and improper conduct as an attorney. Therefore, a temporary suspension is required under SCR 111(7) and referral to a disciplinary board is required under SCR 111(8). Accordingly, we temporarily suspend Andrew Wasielewski from the practice of law in Nevada and refer this matter to the Southern Nevada Disciplinary Board for proceedings before a hearing panel in which the sole issue to be determined is the extent of the discipline to be imposed.[4] *See* SCR 111(8).

It is so ORDERED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:    Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       The Wasielewski Law Firm, Ltd.
       Executive Director, State Bar of Nevada
       Admissions Officer, United States Supreme Court

---

[3]The offense was originally charged as felony exploitation of an elderly person but reduced to misdemeanor disorderly conduct. Wasielewski paid the court-ordered restitution.

[4]This order constitutes our final disposition of these matters. Any future proceedings concerning Wasielewski shall be filed under a new docket number.